██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DELMARIE PONCE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, *People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Wesley, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Denman, P. J., Callahan, Boomer, Balio and Davis, JJ.